Dismissed and Memorandum Opinion filed May 13, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00188-CV

____________

 

STEPHANIE PERRY, Appellant

 

V.

 

CHAKA WASHINGTON, Appellee

 



 

On Appeal from the County Civil Court
at Law No. 3

Harris County, Texas

Trial Court Cause No. 952034

 



 

MEMORANDUM
OPINION

This is an appeal from a judgment signed February 9, 2010.  The
notice of appeal was filed on February 23, 2010.  To date, our records show
that appellant has neither established indigence nor paid the $175.00 appellate
filing fee.  See Tex. R. App. P. 5
(requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for
establishing indigence); see also Order Regarding
Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and
Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138
(Tex. Aug. 28, 2007) (listing fees in court of appeals); Tex. Gov’t Code Ann.. ' 51.207 (Vernon 2005) (same). 

On April 8, 2010, this court ordered appellant to pay the
appellate filing fee on or before April 22, 2010, and admonished that failure
to do so would result in this appeal being dismissed. Appellant has not paid
the appellate filing fee. Accordingly, the appeal is ordered dismissed. See
Tex. R. App. P. 42.3(c) (allowing
involuntary dismissal of case because appellant has failed to comply with
notice from clerk requiring response or other action within specified time).  

 

PER CURIAM

 

Panel consists of Justices
Anderson, Frost, and Seymore.